# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVER, | Civil Action 3:14-cv-05262 WHO |
| Plaintiff, | ORDER GRANTING STIPULATION TO RESET HEARING DATE |
| v. | Hearing Date: May 27, 2015 |
| WINDSOR SURRY COMPANY, et al. | Proposed Hearing Date: June 3, 2015 |
| Defendants. | Date Complaint Filed: December 9, 2014 |

Pursuant to stipulation and for good cause showing,

The hearing on Defendants' Motion to Dismiss First Amended Complaint is hereby continued to June 3, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 14, 2015

William H. Orrick
United States District Court Judge