Michael McShane
mmcshane@audetlaw.com
Jonas P. Mann
jmann@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Ave., Ste. 500
San Francisco, CA 94102-3229
Telephone:  415.568.2555
Facsimile:  415.568.2556

*Attorneys for Plaintiff*
*Additional Counsel on Signature Block*

Steven S. Kaufhold
SKaufhold@KaufholdGaskin.com
Jonathan B. Gaskin
JGaskin@KaufholdGaskin.com
Quynh K. Vu
QVu@KaufholdGaskin.com
KAUFHOLD GASKIN LLP
388 Market St., Ste. 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCLANE COVER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WINDSOR SURRY COMPANY, et al.<br><br>Defendants. | Case No.: **3:14-05262 EDL-WHO**<br><br>**STIPULATION AND ORDER TO RESET HEARING DATE**<br><br>**Hearing Date: November 18, 2015**<br>**Proposed Hearing Date: December 23, 2015**<br><br>**Date Complaint Filed: December 9, 2014**<br><br>  Hon. William H. Orrick |

1  WHEREAS, Plaintiff McLane Cover ("Plaintiff"), filed his Second Amended Complaint
2 on August 14, 2015;
3  WHEREAS, Defendants Windsor Surry Company, d/b/a WindsorOne, and Windsor
4 Willits Company, d/b/a Windsor Mill (collectively, "Defendants") filed their Motion to Dismiss
5 the Second Amended Complaint on September 14, 2015;
6  WHEREAS, counsel for Plaintiff is unavailable on November 18, 2015 due to preexisting
7 practice-related travel schedules;
8  THEREFORE, due to the unavailability of Counsel the parties stipulate and request that
9 this Court enter an order continuing the hearing on Defendant's Third Motion to Dismiss to
10 December 23, 2015 at 2:00 p.m.
11  SO STIPULATED.

Dated this November 10, 2015                    AUDET & PARTNERS, LLP

/s/ Jonas P. Mann
Michael McShane
mmcshane@audetlaw.com
Jonas P. Mann
jmann@audetlaw.com
711 Van Ness Ave., Ste. 50
San Francisco, CA  94102
Telephone: (415) 568.2555
Facsimile: (415) 568.2556

Shawn J. Wanta
BAILLON THOME JOZWIAK & WANTA LLP
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
Telephone: (612) 252-3570

Charles E. Schaffer
LEVIN FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (877) 882-1011

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Jonathan Gaskin
Steven S. Kaufhold (SBN 157195)
Email: SKaufhold@KaufholdGaskin.com
Jonathan B. Gaskin (SBN 203625)
JGaskin@KaufholdGaskin.com
Quynh K. Vu (SBN 286631)
QVu@KaufholdGaskin.com
KAUFHOLD GASKIN LLP
388 Market St., Ste. 1300
San Francisco, CA 94111
Telephone: 415-445-4620
Facsimile: 415-874-1071

*Attorneys for Defendants*

Pursuant to stipulation and for good cause showing,

The hearing on Defendant's Third Motion to Dismiss is hereby continued to December 23, 2015 at 2:00 p.m.

IT IS SO ORDERED.

Dated: November 12, 2015

William H. Orrick
United States District Court Judge