UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL SURETY CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-05470-JSW<br><br>**AMENDED REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 15 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable William H. Orrick for consideration of whether the case is related to *McClane Cover v. Windsor Surry Company, et al.*, 14-cv-05262-WHO.[1]

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc:  Judge William H. Orrick

---

[1] The Court issues this amended order, because the parties' notice of other action or proceeding failed to reflect that the *McClane Cover* case had been reassigned to Judge Orrick.