UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCLANE COVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINDSOR SURRY COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-05262-WHO<br><br>**CONDITIONAL DISMISSAL UPON SETTLEMENT** |

The parties have settled this matter. Accordingly, this matter is DISMISSED WITH PREJUDICE. If any party certifies to this Court, with proper notice to opposing counsel within thirty (30) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: April 30, 2018

William H. Orrick
United States District Judge